**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:10-mj-0196-LRL |
| CAMERON REED, | ) ) | |
| Defendant. | ) ) | **O R D E R** |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:10-mj-0365-LRL |
| DAWN KIRKMAN, | ) ) | |
| Defendant. | ) ) | |

Before the court are defendant Cameron Reed's Motion to Dismiss Counts Five and Six of the Amended Complaint (#15) and Dawn Kirkman's Motion to Dismiss Counts Three and Four of the Amended Complaint (#14). For reasons that will be set forth in a separately filed opinion,

IT IS ORDERED that Cameron Reed's Motion to Dismiss Counts Five and Six of the Amended Complaint (#15) is denied.

IT IS FURTHER ORDERED that Dawn Kirkman's Motion to Dismiss Counts Three and Four of the Amended Complaint (#14) is denied.

DATED this 3rd day of December, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**